| | | | |
|---|---|---|---|
| Com. v. Wright | 06/28/2016 | 698 WAL (2016) | Denied | Pa.Super., 141 A.3d 600 |

| Case | Date | Docket | Disposition | Citation |
|---|---|---|---|---|
| Com. v. Wright | 06/28/2016 | 698 WAL (2016) | Denied | Pa.Super., 141 A.3d 600 |
| D.J.M., In re; R.A.M., In re; E.J.M., In re | 07/14/2016 | 246, 247 WAL (2016) | Denied | |
| Deutsche Bank Nat. Trust Co. v. Gardner [13] | 05/03/2016 | 699 EAL (2015) | Denied | Pa.Super., 125 A.3d 1221 |
| Dibish v. Ameriprise Financial, Inc. | 07/07/2016 | 113 WAL (2016) | Denied | Pa.Super., 134 A.3d 1079 |
| Estate of Bouher v. Giftwares Co., Inc. [14] | 06/22/2016 | 78 MAL (2016) | Denied | Pa.Super., 134 A.3d 106 |
| Gray v. Denaples; Faruqi v. Solfanelli; Solfanelli, In re | 06/22/2016 | 91 MAL (2016) | Denied | Pa.Super., 136 A.3d 1024 |
| Greim v. Wachterhauser [15] | 06/23/2016 | 70 MAL (2016) | Denied | Pa.Super., 134 A.3d 102 |
| Herbert v. American Biltrite | 06/21/2016 | 61 WAL (2016) | Denied | Pa.Super., 136 A.3d 1030 |
| Hinkal v. Pardoe | 07/06/2016 | 142 MAL (2016) | Denied | Pa.Super., 133 A.3d 738 |
| Hirnyk, In re Estate of; Weiblinger, In re | 07/07/2016 | 91 WAL (2016) | Denied | Pa.Super., 136 A.3d 1041 |

13. Reconsideration Denied June 16, 2016.

14. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

15. Justice DONOHUE did not participate in the consideration or decision of this matter.